■ KEVIN M. KING, Individually and as Administrator of the Estate of SHARON A. KING, Deceased, Respondent, v D.R. CHAMBERLAIN CORPORATION et al., Appellants, et al., Defendants. (Appeal No. 2.) [919 NYS2d 404]—

Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.